UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

05 SEP -6 PM 4: 34

| | | |
|---|---|---|
| **ROBERT L. EGGAR, et al.** | : | Case No. 1:05CV 293 |
| **Plaintiffs** | : | **JUDGE HERMAN J. WEBER** |
| VS. | : | |
| **BLACK & DECKER (U.S.) INC., et al.** | : | **STIPULATION OF DISMISSAL** |
| **Defendants** | : | |
| | : | |

Pursuant to Federal Rule of Civil Procedure 41(A)(1), the above captioned case is hereby dismissed without prejudice.

approved
HJWeber
SDSD
9/7/05

Respectfully Submitted,

**MILLER & RODEHEFFER**

*Margaret Apel Miller*
**MARGARET APEL MILLER, 0041912**
Trial Attorney for Plaintiffs
630 Sixth Street
Portsmouth, Ohio 45662
Telephone: (740) 354-1300
Fax: (740) 354-1301

and

THOMPSON HINE LLP

_/s/ Earl Jay Maiman_

EARL JAY MAIMAN, 0014200
Trial Attorney for Defendants
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 352-6747
Fax: (513) 241-4771